

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-17-00421-CR &
04-17-00422-CR

John Gabriel **GUAJARDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2014CR6729 & 2014CR9091
Honorable Frank J. Castro, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgments, as corrected by the judgments nunc pro tunc, are AFFIRMED.

SIGNED June 27, 2018.

_____
Marialyn Barnard, Justice